UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| DANNY GONZALES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:16-CV-153 |
| | § | |
| NUECES COUNTY, TEXAS, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER REINSTATING CASE

On October 27, 2017, the parties filed a Notice of Settlement (D.E. 85) and the Court entered its Order (D.E. 86) terminating all pending motions and deadlines. Defendants have now filed a Withdrawal of Notice of Settlement (D.E. 87), indicating that the proposed settlement will not be executed and this matter must be tried on the merits.

Therefore, the Court REINSTATES this case on the active docket of this Court. The Clerk of the Court is ORDERED to reopen Defendant Perales's Motion for Summary Judgment (D.E. 78) and Defendants Charlton, Medina, Munoz and Villanueva's Motion for Summary Judgment (D.E. 80). Plaintiff is ORDERED to file his responses to the motions on or before February 7, 2018.

The parties are further ORDERED to confer and file a joint proposed trial date within 10 days from the date of this Order.

ORDERED this 17th day of January, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE